c

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIRON B. SPRINGFIELD, | Case No. 2:23-cv-00594-JDP (PC) |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| CDCR, *et al.*, | ECF No. 7 |
| Defendants. | |

On September 20, 2023, I screened plaintiff's complaint and notified him that only some of his claims were cognizable. ECF No. 7. I granted him thirty days to file either an amended complaint or an advisement indicating his intent to proceed only with the identified cognizable claims. To date, plaintiff has not filed a response to the September 20, 2023 order.

To manage its docket effectively, the court requires litigants to meet certain deadlines. The court may impose sanctions, including dismissing a case, for failure to comply with its orders or local rules. *See* Fed. R. Civ. P. 41(b); E.D. Cal. L.R. 110; *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005); *Carey v. King*, 856 F.2d 1439, 1440-41 (9th Cir. 1988). Involuntary dismissal is a harsh penalty, but a district court has a duty to administer justice expeditiously and avoid needless burden for the parties. *See Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002); Fed. R. Civ. P. 1.

Plaintiff will be given a chance to explain why the court should not dismiss the case for

1

his failure to file either an amended complaint or advisement of his intent to proceed on the identified cognizable claims. Plaintiff's failure to respond to this order will constitute a failure to comply with a court order and will result in a recommendation that this action be dismissed. Accordingly, plaintiff is ordered to show cause within twenty-one days why this case should not be dismissed for failure to prosecute and failure to comply with court orders. Should plaintiff wish to continue with this lawsuit, he shall file, within twenty-one days, an amended complaint or advisement of his intent to proceed on the identified cognizable claims.

IT IS SO ORDERED.

Dated:    November 16, 2023

                JEREMY D. PETERSON
                UNITED STATES MAGISTRATE JUDGE

2