UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIRON B. SPRINGFIELD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CDCR, *et al.*,<br><br>　　　　　Defendants. | Case No.  2:23-cv-00594-JDP (PC)<br><br>**ORDER**<br><br>DIRECTING THE CLERK OF COURT TO ASSIGN A DISTRICT JUDGE TO THIS MATTER<br><br>**FINDINGS AND RECOMMENDATIONS**<br><br>THAT THIS MATTER BE DISMISSED FOR FAILURE TO PROSECUTE AND COMPLY WITH COURT ORDERS<br><br>OBJECTIONS DUE WITHIN FOURTEEN DAYS |

　　　　On September 20, 2023, I screened plaintiff's complaint and notified him that only some his claims were cognizable. ECF No. 7. I granted him thirty days to file an amended complaint or an advisement indicating his intent to proceed only with the identified cognizable claims. Plaintiff did not file an amended complaint.

　　　　Accordingly, on November 17, 2023, I ordered him to show cause within twenty-one days why this action should not be dismissed. ECF No. 8. I notified him that if he wished to continue with this action he must file, within twenty-one days, an amended complaint or advisement of his intent to proceed with the cognizable claims. I also warned him that failure to comply with the order would result in a recommendation that this action be dismissed. *Id*.

1

The deadline has passed, and plaintiff has not filed an amended complaint or otherwise responded to the November 17, 2023 order.

Accordingly, it is hereby ORDERED that the Clerk of Court shall randomly assign a United States District Judge to this case.

Accordingly, it is hereby RECOMMENDED that:

1. This action be dismissed without prejudice for failure to prosecute and failure to comply with court orders, for the reasons set forth in the November 17, 2023 order.

2. The Clerk of Court be directed to close the case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the objections shall be served and filed within fourteen days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:   February 7, 2024                              _____
                                                                            JEREMY D. PETERSON
                                                                            UNITED STATES MAGISTRATE JUDGE

2