UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIRON B. SPRINGFIELD,<br><br>  Plaintiff,<br><br>  v.<br><br>CDCR, et al.,<br><br>  Defendants. | No. 2:23-cv-00594-DAD-JDP (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION DUE TO PLAINTIFF'S FAILURE TO PROSECUTE<br><br>(Doc. No. 9) |

Plaintiff Ciron B. Springfield is a former state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 7, 2024, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed, without prejudice, due to plaintiff's failure to prosecute this action. (Doc. No. 9.) In particular, on September 20, 2023, the magistrate judge screened plaintiff's complaint and notified him that only some of his claims were cognizable. (Doc. No. 7 at 3.) In the screening order, plaintiff was given thirty (30) days from the date of service of that order to either file a first amended complaint or notify the court of his decision to proceed only on the cognizable claims. (*Id*.) The court served the screening order on plaintiff by mail on September 20, 2023. However, plaintiff did not file an amended complaint, nor did he notify the court of his decision whether to proceed only on the cognizable claims.

1

Accordingly, on November 17, 2023, the magistrate judge ordered him to show cause within twenty-one (21) days why this action should not be dismissed and warned him that failure to comply with the order would result in a recommendation that this action be dismissed. (Doc. No. 8 at 2.) The court served that order on plaintiff by mail on November 17, 2023. The deadline passed and, to date, plaintiff has not filed an amended complaint or otherwise responded to the order to show cause. Accordingly, the pending findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (Doc. No. 9 at 2.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on February 7, 2024 (Doc. No. 9) are adopted in full;

2. This action is dismissed, without prejudice, due to plaintiff's failure to prosecute this action; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: __**March 12, 2024**__         ____Dale A. Drozd____
                                       DALE A. DROZD
                                       UNITED STATES DISTRICT JUDGE

2